

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

July 11, 2024

2024-1365 - CPC Patent Technologies Pty Ltd. v. Apple Inc.

# NOTICE OF NON-COMPLIANCE

The document (Entry of Appearance) submitted by Apple Inc. is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- Counsel Noah Priluck listed on the Entry of Appearance has not registered for an electronic filer account with this court's electronic filing system. Fed. Cir. R. 25(a)(2). Refer to the court's [Electronic Filing Procedures](#) ("Attorney Registration") for registration information. A corrected form must be filed. Please file the corrected form once counsel has registered, or remove unregistered counsel from the corrected form.

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u>

An appellant's failure to cure a defective filing may also result in the dismissal of

the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

By: I. Hammer, Deputy Clerk