**No. 24-1365**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

CPC PATENT TECHNOLOGIES PTY LTD., *Appellant*,

v.

APPLE INC., *Appellee*.

Appeal from the U.S. Patent and Trademark Office,
Patent Trial and Appeal Board, No. IPR2022-00600

## APPLE INC.'S NOTICE OF WITHDRAWAL
## OF NOAH PRILUCK AS COUNSEL

Appellee Apple Inc. notifies the Court under Federal Circuit Rule 47.3(c) that

Noah Priluck is withdrawing as counsel for Apple in this appeal. All other counsel

who have appeared for Apple here will continue to represent Apple.

Dated: September 30, 2025

Respectfully submitted,

/s/ Seth W. Lloyd

SETH W. LLOYD
MORRISON & FOERSTER LLP
2100 L Street NW, Suite 900
Washington, DC 20037
(202) 887-6946
SLloyd@mofo.com

*Counsel for Apple Inc.*

MF-363062570