# United States Court of Appeals
# for the Federal Circuit

---

**CPC PATENT TECHNOLOGIES PTY LTD.,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

---

2024-1365

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00600.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered November 10, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

December 17, 2025
Date

Jarrett B. Perlow
Clerk of Court